No. 523. HILDA ROBERTS ET AL. *v.* CHRIS YEGEN ET AL. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. H. Lowndes Maury* for petitioners. *Mr. George Hurd* for respondents.

---

No. 530. ROSS BANTA *v.* UNITED STATES. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas A. Flynn* and *Joseph E. Morrison* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 532. MECHANICS AND METALS NATIONAL BANK *v.* J. C. BUCHANAN. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Frank M. Patterson* and *D. H. Linebaugh* for petitioner. *Mr. M. W. McKenzie* for respondent.

---

No. 534. ETHEL CROKER WHITE ET AL. *v.* BULA CROKER, ETC., ET AL. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George C. Bedell* and *J. T. G. Crawford* for petitioners. *Messrs. Francis P. Fleming* and *Samuel T. Ansell* for respondents.

---

No. 535. W. R. GRACE AND COMPANY *v.* PANAMA RAILROAD COMPANY. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Ocar R. Houston* and *Ezra G. Benedict Fox* for petitioner. *Mr. Richard Reid Rogers* for respondent.